# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY A. DAVIS and MADONNA S. DAVIS, | : | |
| | : | |
| Plaintiffs, | : | C.A. No.: 1:12-cv-01185-SLR-CJB |
| | : | |
| v. | : | |
| | : | |
| ACE HARDWARE CORPORATION, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO COMPLY WITH FLORIDA'S ASBESTOS AND SILICA COMPENSATION FAIRNESS ACT

All Defendants through the undersigned counsel, hereby move to dismiss Plaintiffs' Complaint. In support of this Motion, Defendants adopt by reference the reasoning, argument, and authorities set forth in its Memorandum of Law and Points of Authority in support of this Motion.

WHEREFORE, Defendants, respectfully request that the Court grant its Motion to Dismiss Plaintiffs' Complaint for Failure to Comply with Florida's Asbestos and Silica Compensation Fairness Act.

**MARON MARVEL BRADLEY & ANDERSON LLC**

/s/ *Paul A. Bradley*
Paul A. Bradley (DE Bar ID No. 2156)
Donald R. Kinsley (DE Bar ID No. 3006)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
pab@maronmarvel.com
drk@maronmarvel.com
Defense Liaison Counsel

Dated: September 12, 2013

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 12th day of September, 2013, the undersigned counsel caused a copy of the foregoing to be served via the CM/ECF system upon all counsel of record, pursuant to the rules and procedures of the United States District Court for the District of Delaware.

                                        /s/ Paul A. Bradley
                                        Paul A. Bradley