IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY A. DAVIS and<br>MADONNA S. DAVIS,<br><br>   Plaintiffs,<br><br>v.<br><br>ACE HARDWARE CORPORATION,<br>et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 12-1185-SLR/CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this ___ day of September, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on August 11, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 370) is adopted.

2. Defendants' motion to dismiss (D.I. 369) is granted and the above-captioned matter is dismissed with prejudice as to all defendants.

                 _____
                   United States District Judge